UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| THOMAS R. COPE, III and <br> TOMMY TIRE, INC., <br>     Plaintiffs, <br> <br> v. <br> <br> JAMES C. JUSTICE COMPANIES, INC., <br> HARLAN DEVELOPMENT CORPORATION, <br> HARLAN DEVELOPMENT CORPORATION, <br> a Division of Blue Stone Energy West Virginia, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | NO. 2:11-CV-246 |

## ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated February 26, 2013, [Doc. 39]. In that Report and Recommendation, the Magistrate Judge recommends that plaintiffs' motion for entry of a default judgment against the defendants, [Doc. 35], be denied. The plaintiffs have filed objections to the Report and Recommendation, [Doc. 40], and defendants have responded to the objections, [Doc. 42]. After careful and *de novo* consideration of the Report and Recommendation and the record as a whole, and for the reasons set out in the Report and Recommendation, which are incorporated by reference herein, it is hereby ORDERED that the plaintiffs' objections are OVERRULED, that this Report and Recommendation is ADOPTED AND APPROVED, and that plaintiffs' motion for default judgment as to all defendants, [Doc. 35], is DENIED .

So ordered.

ENTER:

                                                                                                                  s/J. RONNIE GREER
                                                                      UNITED STATES DISTRICT JUDGE