UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| THOMAS R. COPE, III, *ET AL.* | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 2:11-CV-246 |
| | ) | |
| JAMES C. JUSTICE COMPANIES, INC., | ) | |
| *ET AL.* | ) | |

### **O R D E R**

Plaintiff's motion to file documents under seal, doc. 79, is **GRANTED**.

SO ORDERED:

                                                s/ Dennis H. Inman
                                     United States Magistrate Judge