UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

THOMAS R. COPE, III and TOMMY )
TIRE INC., )
 )
      Plaintiffs, )
 )
vs. ) NO. 2:11-CV-00246
 ) JURY TRIAL DEMANDED
JAMES C. JUSTICE COMPANIES, )
INC., HARLAN DEVELOPMENT )
CORPORATION, HARLAN )
DEVELOPMENT CORPORATION, a )
Division of Blue Stone Energy West )
Virginia, )
 )
      Defendants. )

## NOTICE OF DEPOSITIONS

Notice is hereby given that the discovery depositions of **James C. Justice II and James C. (Jay) Justice, III** will be taken on **September 26, 2014 beginning at 9:00 am** at the offices of The Terry Law Firm located at 918 West First North Street, Morristown, Tennessee 37814.

Said depositions will be recorded pursuant to videographic and stenographic means and taken pursuant to the Federal Rules of Civil Procedure before a disinterested person authorized by law to administer oaths. If the depositions are commenced but not completed, said depositions will be continued from time to time as agreed by the parties or pursuant to Court Order until completed, without further notice.

THE TERRY LAW FIRM
ATTORNEYS AT LAW
918 WEST FIRST NORTH STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

-1-

Notice is given on this the 9th day of September, 2014.

/s/ F. Braxton Terry
F. Braxton Terry, BPR #018248

Of Counsel:

THE TERRY LAW FIRM
918 West First North Street
P.O. Box 724
Morristown, TN 37815-0724
(423) 586-5800

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2014 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ F. Braxton Terry
F. Braxton Terry
TN BPR #018248
The Terry Law Firm
P.O. Box 724
Morristown, TN 37814
423-586-5800

THE TERRY LAW FIRM
ATTORNEYS AT LAW
918 WEST FIRST NORTH STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

-2-

Case 2:11-cv-00246-JRG-DHI   Document 87   Filed 09/09/14   Page 2 of 2   PageID #: 438