IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| THOMAS R. COPE, III and TOMMY TIRE INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) Civil Action No. 2:11-CV-00246 <br> JAMES C. JUSTICE COMPANIES, INC., ) <br> HARLAN DEVELOPMENT CORPORATION, ) <br> HARLAN DEVELOPMENT CORPORATION, ) <br> a Division of Blue Stone Energy West Virginia, ) <br> ) <br> Defendants. ) | |

## JOINT MOTION TO HOLD MOTIONS IN ABEYANCE

Now come the parties, and jointly move the Court to hold all pending motions in abeyance for a period of 10 days, or until October 6, 2014. In support of this motion, the parties state that they are engaged in good-faith settlement discussions, and that this relief will help facilitate those discussions.

**WHEREFORE**, the parties jointly move the Court to hold all pending motions in this matter in abeyance until October 6, 2014.

    /s/ J. Matthew Bolton
J. Matthew Bolton (BPR #025276)
Herndon, Coleman, Brading & McKee, LLP
P.O. Box 1160
Johnson City, TN 37604-1160
(423) 434-4700
Fax (423) 434-4438
mbolton@lawyerfirm.com
*Counsel for Defendants*

/s/ F. Braxton Terry
F. Braxton Terry (BPR #018248)
The Terry Law Firm
P.O. Box 724
Morristown, TN  37814
(423) 586-5800
Fax (423) 587-4714
brack@terry-lawfirm.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2014, a copy of the foregoing Joint Motion to Hold Motions in Abeyance was filed electronically.  Notice of this filing will be sent to operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

/s/ J. Matthew Bolton
J. Matthew Bolton