UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| THOMAS R. COPE, III, ET AL | ) | |
| | ) | |
| V. | ) | NO. 2:11-CV-246 |
| | ) | |
| JAMES C. JUSTICE COMPANIES, ET AL | ) ) | |

ORDER

The parties have filed a Joint Motion [Doc. 88] to hold pending motions in abeyance until October 6, 2014 while they discuss settlement. The Motion is GRANTED.

SO ORDERED:

                         s/ Dennis H. Inman
                         UNITED STATES MAGISTRATE JUDGE