IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| THOMAS R. COPE, III and TOMMY TIRE INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) Civil Action No. 2:11-CV-00246 <br> ) <br> JAMES C. JUSTICE COMPANIES, INC., ) <br> HARLAN DEVELOPMENT CORPORATION, ) <br> HARLAN DEVELOPMENT CORPORATION, ) <br> a Division of Blue Stone Energy West Virginia, ) <br> ) <br> Defendants. ) | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court by virtue of the signatures of counsel for the parties below that the parties are in agreement and wish to fully and finally dismiss all claims in this matter with prejudice, it is hereby ORDERED and ADJUDGED that all claims by all parties are dismissed with prejudice. This order constitutes the final order in this case, and concludes this matter as to all parties and all claims. The parties will bear their own attorney's fees and costs.

Enter: this ____ day of _____, 2015.

_____
United States District Judge

WE ASK FOR THIS:

s/F. Braxton Terry
F. Braxton Terry (BPR #018248)
The Terry Law Firm
P.O. Box 724
Morristown, TN 37814
(423) 586-5800
Fax (423) 587-4714
brack@terry-lawfirm.com
*Counsel for Plaintiffs*

s/J. Matthew Bolton
J. Matthew Bolton (BPR #025276)
Herndon, Coleman, Brading & McKee, LLP
P.O. Box 1160
Johnson City, TN 37604-1160
(423) 434-4700
Fax (423) 434-4438
mbolton@lawyerfirm.com
*Counsel for Defendants*